IN THE UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

UNITED STATES OF AMERICA ,

v.

LYRICS R. KLUGH,

DEFENDANT.

Case Number: 6:24-CR-00378-JDA

### DEFENDANT'S MOTION FOR VARIANCE AND SENTENCING MEMORANDUM

Lyrics R. Klugh, by and through his undersigned counsel, moves this Honorable Court for a variance below the recommended guideline range of imprisonment as set forth in the presentence report (PSR). Paragraph 80 of the PSR recommends a guideline range of 15-21 months imprisonment. After reviewing the PSR with Defendant, counsel advanced no objections. The Defendant respectfully submits to the Court that a sentence of incarceration would be *greater than necessary* to achieve the appropriate §3553(a) sentencing objectives.

### TITLE 18 § 3553(a) SENTENCING FACTORS

(1)    the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)    the need for the sentence imposed-

    (A)    to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B)    to afford adequate deterrence to criminal conduct;

    (C)    to protect the public from further crimes of the defendant; and

    (D)    to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

1

(3)     the kinds of sentences available;

(4)     the kinds of sentence and the sentencing range established by under the sentencing guidelines;

(5)     any pertinent policy statement issued by the Sentencing Commission;

(6)     the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct; and

(7)     the need to provide restitution to any victims of the offense.

18 U.S.C. § 3553(a)(1)-(7).

When sentencing offenders, the Court considers all the above factors.

<u>DEFENDANT'S BACKGROUND</u>

Lyrics Klugh (Lyrics) is 27 years old.  Lyrics grew up in a very loving family in Lyman, SC, alongside his sister Khenedi, both raised by their parents Chris and Arlah. Lyrics currently resides with his parents at their home in Lyman. He is fortunate to enjoy the support of his family and community.

Lyrics grew up playing all sports from a very early age.  During his time at Byrnes High School, Lyrics was a talented student-athlete. He played football, basketball, baseball, and ran track. Lyrics began to focus on football as his primary sport and caught the attention of several colleges and universities along the way.  His ball talent and speed were best utilized on the football field.

After graduating from Byrnes High School in 2015, some twenty colleges and universities offered Lyrics athletic scholarships to continue his football career. Army, James Madison, Appalachian State, South Carolina State, Western Carolina, and Gardner-Webb were among the universities he considered before deciding to accept a full athletic scholarship to attend and play

football at Townson University in Baltimore, Maryland. Lyrics played free safety and cornerback, ultimately becoming a starter. During the fall 2018 semester of his senior year, Lyrics transferred to Fairmont State University to continue to play football due to a potential coaching change and possibly a better opportunity at Fairmont State. After the fall football season was over in 2019, he transferred back to Townson University. Unfortunately, there was an issue with the registrars between Fairmont and Townson regarding credit for an entire semester's coursework. Though Lyrics now regrets not finishing a final semester to obtain his degree, with financial aid no longer available, he left school and entered the work force.

In 2019, Lyrics worked for UPS in Aberdeen, Maryland. After UPS, Lyrics was employed as a driver for Amazon with different companies prior to returning home to South Carolina in December 2021. Lyrics had a brief stint with Spur Logistics, a delivery company for Amazon in Greenville before joining the United States Postal Service as a mail carrier. He worked for the USPS for two years, resigning when he became the subject of the postal investigation just prior to his federal arrest in this matter on May 19, 2024. Lyrics also briefly worked for Swamp Rabbit Moving in Simpsonville beginning in April 2024, after he left USPS, but lost that job upon his arrest. Lyrics is incredibly remorseful for his conduct that led to losing what could have been a secure career with the Postal Service and he accepts full responsibility for his actions.

Lyrics is currently working two jobs. He is a roofing inspector for Best Choice Roofing in Greenville. This employment is based solely on commission. He recently began his own business a mobile car detailing for individuals and car lots. Lyrics is excited about the idea of growing his own business. He understands that his felony conviction restricts future employment opportunities, but he is determined to work hard and overcome his limitations to the greatest extent possible. In addition, furthering his formal education is a goal. Lyrics is interested in attending Greenville

Technical College to study electrical engineering and has inquired about the application process and other prerequisites to enroll.

<u>A probationary sentence represents a sentence that is sufficient but not greater than necessary in this case</u>

Imposing a fair and just sentence is one of the most consequential tasks a criminal court judge must face. Federal courts rely on the properly calculated sentencing guidelines and then look to § 3553(a) sentencing objectives. A sentence sufficient but not greater than necessary is the sentencing prerogative in every federal criminal case. The bottom line for sentencing is to ensure that a defendant has learned their lesson and will go on to become a productive, law-abiding individual in the community in which they work and live. Lyrics fully understands that he was under a state probationary sentence when he committed the instant offense. His probationary sentence expired without additional technical violations, but Lyrics accepts full responsibility for engaging in new criminal conduct while under supervision with state probation. He fully accepts responsibility for his criminal history as well as the instant federal offense.

From the moment that Lyrics was arrested for this conduct, Lyrics was ready to enter a guilty plea. He was indicted by a federal grand jury on May 14 of this year and arrested on May 19. Less than a month removed from true bill, Lyrics entered a plea before the Court on June 10. Though he was the first member of this conspiracy to enter a plea at the first scheduled pre-trial conference in this case, Lyrics understands that he violated the law and his sole focus was to accept the consequences of his actions. He is very sorry for his actions, recognizing the impact that his conduct had on victims in this case. Lyrics also understands that his actions compromised the integrity and operations of the Postal Service. He will make <u>full restitution</u> at sentencing. (PSR paragraph 97; total for Lyrics: $721.75).

Lyrics has been fully compliant while under pretrial supervision. He has demonstrated that he takes his responsibility to the Court seriously. "[P]re-trial conduct, including conduct while free on bond, is an appropriate consideration under § 3553 because it is relevant to the history and characteristics of the defendant, and to the need for the sentence to promote respect for the law." *United States v. Schlosser,* 558 F.3d 736, 742 (8th Cir. 2009).

Though he recognizes that he has a criminal history and was on state probation during the instant offense, Lyrics is asking the Court for another chance. Lyrics concedes that he was on a very dangerous trajectory prior to his federal arrest. He threw away a secure job and career with the Postal Service and he is focused on making amends and putting his life back together. He respectfully asks the Court to place him on probation with all conditions the Court may fashion to include community service.

Probationers face numerous potential restrictions. The Court has at its disposal numerous conditions that it may impose that the Court deems appropriate such as community service, home detention, and curfew. The restrictions potentially benefit the community but may be beneficial to the individual probationer as well. Probationers are restricted as to the places they may go, and importantly the associates they may keep. A probationary sentence as an alternative to incarceration, serves the sentencing objectives of just punishment and adequate deterrence. A probationary sentence can be equally effective in addressing the seriousness of the offense and promoting respect for the law. Probation is a substantial restriction to freedom. *Gall v. United States* 552 U.S. at 44, 128 S.Ct. (2007).

Finally, Lyrics understands that if he allowed to remain in the community under a probationary sentence, he would take full advantage of the opportunity. Lyrics represents to the

Court that, regardless of the sentence he ultimately receives, he accepts full responsibility for his actions, seeks to make the victims whole, and will respect the Court's decision.

Respectfully submitted,

/s/ *A. Lance Crick*
Ryan L. Beasley (# 9162)
Mary Hunter Tomlinson (# 13113)
A.Lance Crick, (#7765)
Ryan L. Beasley, P.A.            416 East North Street
Greenville, SC 29601
T: (864) 679-7777