This letter is being written to the United States court system of South Carolina, on behalf of my son Lyrics Rashad Klugh. I'm his father Christopher B. Klugh, my son is not a bad person, he's just one of some, whose made the wrong decision. I've always tried to teach him, not to do things, that might take way the positive out of his life. As he was going through school, he made good grades, he was a star Athlete on Byrnes High School football team, he went to college at Towson University in Baltimore Maryland, where started as freshman. I truly believe he would have, made the NFL, but covid came and messed that up, but like I said he's truly a good young man, who just got in his own way, so I ask the court to grant him leniency. I truly thank you

Sincerely,

Christopher B. Klugh

Sarah Estaque



September 24,2024

Dear Honorable Judge,

The purpose of this letter is to provide a character witness for Lyrics Klugh, whom I have known as a friend and professional associate for a few years now. On a professional level he has always been very respectful of his supervisors and got along well with his colleagues. He had excellent communication, mannerisms, and could handle an exceptionally large workload. He was always encouraging during the stressful overload and never complained. I can recall several times when he was given leadership of the group. As a friend he always put a smile on your face and genuinely cared about people's wellbeing. When my grandmother passed away, he checked on me regularly, made sure I did not need anything and prayed for me and my family. He is ambitious and has goals he would like to obtain. I would love to get to see him carry out those goals, I certainly believe he will make valuable contributions to his family, community, and society. I hope he has an opportunity and given a chance to show this to you. I appreciate your time, and I hope you take this letter into consideration. If any additional information is required concerning my association with Lyrics, please feel free to contact me.

Sincerely,

Sarah Estaque

Courtney Martin



September 26, 2024

Re:Character Letter for Lyrics Klugh

To Whom It May Concern,

I have known Lyrics Klugh his entire life. Our families grew up in church together. He has always been a very respectful young man. He absolutely adores his mother and sister.

Lyrics was also a dedicated football player from grade school to college which demonstrates how well he works with others.

If any additional information is needed please let me know.

Sincerely,

Courtney Martin

14200

10/01/2024

To the United States Court System,

My name is Arlah Klugh. I am the mother of Lyrics Klugh. Lyrics could have a future ahead of him if he is given the opportunity to be within society for him to be more responsible productive citizen than any incarceration. I was shocked and dismayed over his behavior and poor decisions that he has made. I didn't not raise him to make that type of bad decision. He was raised in the church played the drums in church. He has been a good young man and a respectable person. I love my son dearly and I don't want to see him go to prison. He was wrong and he is sorry and apologize for the things he has done. I apologize for what he has done. Asking the courts that you would be lenient with him to give him a chance for future.

Thank You for your time and consideration.


Respectfully,

Arlah Klugh