✎Prob 12C
  (Rev. 01/25 - D/SC)

# United States District Court

for

### District of South Carolina

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Lyrics R. Klugh                    **Case Number:** 6:24CR00378-004

**Name of Sentencing Judicial Officer:** The Honorable Jacquelyn D. Austin, U. S. District Court Judge

**Date of Original Sentence:** October 7, 2024

**Original Offense:** Conspiracy to Steal Mail and Possess Stolen Mail, in violation of 18 U.S.C. §§ 371 and 1708

**Original Sentence:** The defendant was committed to the custody of the United Stated Bureau of Prisons to be imprisoned for a total term of time served. Upon release from imprisonment, the defendant was placed on supervised release for a term of three years. The following special conditions were ordered: 1) You must submit to substance abuse testing to determine if you have used a prohibited substance; 2) You must contribute to the cost of any substance abuse testing, treatment, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the Court-approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid; 3) You must satisfactorily participate in and successfully complete mental health treatment as directed by the United States Probation Office; 4) You must complete seventy-five (75) hours of community service as directed by the United States Probation Office; and 5) The defendant shall pay restitution in the amount of $721.75. Additionally, the defendant was ordered to pay the $100 special assessment fee

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** October 7, 2024

**Assistant U.S. Attorney:** William J. Watkins, Jr.    **Defense Attorney:** Ryan L. Beasley (Retained)

**Previous Court Action/Notifications:** On October 21, 2024, the Court approved a Request for Modifying the Conditions of Supervision with Consent of the Offender, adding the condition that the defendant participate in and successfully complete a substance abuse treatment program. This was in response to the defendant testing positive for marijuana on October 9, 2024.

On August 19, 2025, the Court approved a Report on Offender Under Supervision advising that the defendant had been charged with Driving Under Suspension, 1st by Greer PD and he failed to notify his supervising officer of the contact within 72 hours. It was recommended that no action be taken. The defendant was verbally reprimanded for this conduct and reminded of his conditions of supervised release.

✎Prob 12C                                                                                                          Page 2
  (Rev. 10/20 - D/SC)

---

## PETITIONING THE COURT

☒       To issue a warrant (petition and warrant to remain under seal)

☐       To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**                                    **Nature of Noncompliance**

1.      **Unlawful Use of a Controlled Substance:** You must refrain from any unlawful use of a controlled substance. On October 9, 2024, Mr. Klugh tested positive for marijuana, and the results were confirmed positive by Abbott Toxicology on October 13, 2024.

2.      **New Criminal Conduct:** You must not commit another federal, state or local crime. On August 10, 2025, the defendant was charged with Driving Under Suspension – 1st by the Greer Police Department. This misdemeanor charge was dismissed on September 16, 2025, in Greer Municipal Court.

3.      **Failure to Notify the Probation Officer of Contact with Law Enforcement:** If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. As of August 13, 2025, the defendant failed to report his law enforcement contact to his supervising officer within 72 hours as required by the standard condition. The officer contacted the defendant on August 15, 2025, regarding his contact with law enforcement on August 10, 2025.

4.      **New Criminal Conduct:** You must not commit another federal, state or local crime. On April 27, 2026, the defendant was arrested by Greenville County Sheriff's Office and charged with Domestic Violence of a High and Aggravated Nature. This is a felony charge pending in General Sessions Court.

5.      **New Criminal Conduct:** You must not commit another federal, state or local crime. On April 27, 2026, the defendant was arrested by Greenville County Sheriff's Office and charged with Domestic Violence 1st degree (warrant # 2026A2330204105). This is a felony charge pending in General Sessions Court.

6.      **New Criminal Conduct:** You must not commit another federal, state or local crime.  On April 27, 2026, the defendant was arrested by Greenville County Sheriff's Office and charged with Domestic Violence 1st degree (warrant # 2026A2330204106). This is a felony charge pending in General Sessions Court.

7.      **New Criminal Conduct:** You must not commit another federal, state or local crime. On April 27, 2026, the defendant was arrested by Greenville County Sheriff's Office and charged with Domestic Violence 2nd degree. This is a misdemeanor charge pending in General Sessions Court.

✎Prob 12C                                                                                                        Page 3
  (Rev. 10/20 - D/SC)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 1, 2026_____

Timothy D. Hurst
U.S. Probation Officer
Greenville Office

Reviewed and Approved By:

Bryanna A. Rogers
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐         No action.

X         The issuance of a warrant.

    X         **The Petition, Order and Warrant shall remain under seal until served by the United States Marshal Service, or further order of the court. The Clerk shall forward a copy of this signed petition and warrant to the United States Marshal Service, the United States Probation Office, and the United States Attorney's Office, which may share such documents with other law enforcement agencies or other entities or persons as may be necessary to facilitate service thereof. The assigned United States Probation Officer shall contact the United States Marshal Service to coordinate the timely arrest of the defendant at the United States Probation Office if appropriate. Upon arrest, the Petition, Order and Warrant may be unsealed by the Clerk.**

☐         The issuance of a summons.

---

**BOND CONSIDERATION:**

X         Bond to be set at the discretion of the United States Magistrate Judge.

☐         Other (specify):

s/Jacquelyn D. Austin
The Honorable Jacquelyn D. Austin
United States District Judge

May 4, 2026
Date